# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 632 MAL 2021

Respondent

v.

KENNETH MARTIN,

Petitioner

: Petition for Allowance of Appeal
: from the **Unpublished**
: **Memorandum and Order** of the
: Superior Court at No. 1474 MDA
: 2020 entered on October 26, 2021,
: **quashing** the PCRA Order of the
: Lycoming County Court of Common
: Pleas at Nos. CP-41-CR-0001662-
: 2012 and CP-41-CR-0001990-2013
: entered on October 27, 2020

## ORDER

**PER CURIAM**                                             **DECIDED: May 9, 2022**

**AND NOW**, this 9th day of May, 2022, the Petition for Allowance of Appeal is **GRANTED**. The order of the Superior Court is **VACATED**, and the matter is **REMANDED** to that court for reconsideration in light of *Commonwealth v. Young*, 265 A.3d 462 (Pa. 2021) ("Rule 341 requires that when a single order resolves issues arising on more than one docket, separate notices of appeal must be filed from that order at each docket; but, where a timely appeal is erroneously filed at only one docket, Rule 902 permits the appellate court, in its discretion, to allow correction of the error, where appropriate.").

Jurisdiction is **RELINQUISHED**.